## THOMPSON v. WHITTIER, ADMINISTRATOR OF VETERANS AFFAIRS.

No. 500.    Decided February 27, 1961.

*Mary M. Kaufman* for appellant.

*Solicitor General Rankin, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for appellee.

PER CURIAM.

The motion to dismiss is granted.    The case does not arise under 28 U. S. C. § 2282, requiring the convening of a three-judge court.    See *I. L. G. W. U.* v. *Donnelly Garment Co.,* 304 U. S. 243.    Therefore it cannot be directly brought here for review under 28 U. S. C. § 1253, and the appeal must be dismissed.    Appellant is free to pursue his perfected appeal in the Court of Appeals.